**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1519**

SAUNDRA TAYLOR,

      Plaintiff - Appellant,

    v.

MGM RESORTS INTERNATIONAL, LLC; MGM NATIONAL HARBOR CASINO; STEVEN MANNING,

      Defendants - Appellees,

    and

JOHN DOE,

      Defendant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge. (8:21-cv-03192-DKC)

Submitted:  July 25, 2023                    Decided:  July 28, 2023

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Saundra Taylor, Appellant Pro Se.   Jeremy Steven Schneider, JACKSON LEWIS PC, Reston, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Saundra Taylor seeks to appeal the district court's order denying her motion to reconsider the court's prior order granting in part and denying in part her motion for leave to amend her civil complaint.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order Taylor seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

3